IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**WALTER LANE TAYLOR,**

    **Plaintiff,**

**v.**                                               **No. CV16-269 MV/LAM**

**WILLIE R. HENRY,**

    **Defendant.**

### ORDER TO CURE DEFICIENCY

Plaintiff submitted a civil rights complaint (*Doc. 1*) on April 7, 2016. The Court has determined that Plaintiff's filing is deficient as described in this order. Plaintiff is directed to cure the following if he wishes to pursue his claims:

**I.  Filing Fee:**

     X    filing fee has not been received ($400 civil/administrative)

**II.  Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

(1)    X    is not filed
(2)         is missing affidavit
(3)         is missing certified copy of prisoner's inmate account statement for the 6-month period immediately preceding this filing
(4)         is missing required financial information
(5)         is missing an original signature by the prisoner
(6)         is not on proper form (must use current form)
(7)         names in caption do not match names in caption of complaint, petition or habeas application
(8)         other _____

**III.  Complaint, Petition or Application:**

(1)         is missing
(2)         is not on proper form (must use our form Rev. 5/96)
(3)         is missing an original signature by the prisoner
(4)         is missing page nos. _____
(5)    X    other IFP Motion & Initial financial certificate

Papers filed in response to this order must include the civil action number (CV 16-269 MV/LAM) of this case.  Failure to cure the designated deficiencies **within thirty (30) days from the date of this order** may result in **dismissal** of this action without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**;

**IT IS FURTHER ORDERED** that the Clerk is directed to mail to Plaintiff, together with a copy of this order, the following forms: 2 copies each of an Application to Proceed in District Court Without Prepaying Fees or Costs, Financial Certificate, and a form § 1983 complaint with instructions.

**IT IS FURTHER ORDERED** that, **if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, this action may be dismissed without prejudice without further notice.**

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**